THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stanley Wise Appellant.
 
 
 

Appeal From Spartanburg County
James E. Lockemy, Circuit Court Judge
Unpublished Opinion No. 2008-UP-001
Submitted January 2, 2008  Filed January 2, 2008    

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER
 CURIAM:  Stanley Wise appeals his convictions for murder, two
 counts of assault and battery with intent to kill (ABWIK), and three counts of
 possession of a firearm while in the commission of a violent crime, as well as
 his sentences of life imprisonment for murder, ten years for each ABWIK charge,
 and five years for each possession of a firearm charge, all to run
 concurrently.  Wise contends the trial court erred by admitting certain
 evidence because its presence in the jury room during deliberations unduly
 emphasized the evidence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Wises appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.